Certificate Number: 12490-ILN-DE-025682424

Bankruptcy Case Number: 15-18200



12490-ILN-DE-025682424

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2015, at 8:09 o'clock PM CDT, Mark Olszewski completed a course on personal financial management given by internet by Dave Ramsey's Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: June 8, 2015

By: /s/Nichole Kiszla

Name: Nichole Kiszla

Title: Administrative Assistant