Case 15-18200   Doc 21   Filed 10/14/15   Entered 10/14/15 12:09:02   Desc Main
                            Document      Page 1 of 1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.:   15-18200
Mark David Olszewski )
 )
 )  Chapter:  13
 )
 )  Honorable Jack Schmetterer
 )
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY

     THIS CAUSE coming to be heard on the motion of CitiMortgage, Inc., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the Court finding that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

 WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that CitiMortgage, Inc. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 3435 W. Berteau Avenue, Unit# 3C, Chicago, IL 60618.

(2) No further payments are to be disbursed to CitiMortgage, Inc. on its secured claim.

(3) Rule 4001(a)(3) is waived and CitiMortgage, Inc. may immediately enforce and implement this order granting relief from the automatic stay

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  October 14, 2015

**Prepared by:**

Rachael A. Stokas  ARDC#6276349
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-15-14321)